HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
DAVON FOSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No:  2:20-cr-0045-TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | TO CONTINUE SENTENCING |
| | ) | |
| DAVON FOSTER, | ) | Date:  July 15, 2021 |
| | ) | Time: 9:30 a.m. |
| Defendants. | ) | Judge: Hon. Troy L. Newman |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorneys Aaron Pennekamp and Assistant Federal Defenders Linda C. Allison attorney for Davon Foster, that the judgment and sentencing  hearing set for July 15, 2021 be continued to September 9, 2021 at 9:30 a.m.

The following is the new proposed schedule for Presentence Investigation Report:

Draft Due:                                        August 5, 2021

Objections Due:                               August 19, 2021

Formal Objections Due:                    August 26, 2021

Reply/Statement/Non-Opposition Due:    September 2, 2021

/ / /

/ / /

/ / /

/ / /

Dated: July 7, 2021                     Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Linda C. Allison
                                        LINDA C. ALLISON
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        DAVON FOSTER

Dated: July 7, 2021                     PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ Linda C. Allison for
                                        AARON PENNEKAMP
                                        Assistant United States Attorney

**ORDER**

    IT IS HEREBY ORDERED that the judgment and sentencing hearing set for July 15, 2021 at 9:30 a.m. be continued to September 9, 2021 at 9:30 a.m. and the new schedule for presentence report be set as stated above.

Dated: July 7, 2021

                                                     Troy L. Nunley
                                              United States District Judge