UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Respondent,

v.

DAVON ARTHUR FOSTER,

Movant.

No.  2:20-cr-00045-TLN-SCR-1

FINDINGS AND RECOMMENDATIONS

The court served an order on movant's address of record on January 20, 2026.  The order was returned by the postal service as undeliverable.  It appears that movant has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  The § 2255 motion (ECF No. 52) be dismissed for movant's failure to keep the court apprised of his current address (see Local Rules 182(f) and 110); and

2.  The Clerk of the Court be directed to close the companion civil case No. 2:26-cv-00158-TLN-SCR.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE