UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00045-TLN-SCR-1 |
| Respondent, | |
| v. | **ORDER** |
| DAVON ARTHUR FOSTER, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  (ECF No. 52.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 7, 2026, the magistrate judge filed findings and recommendations herein which were served on Movant and which contained notice to Movant that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 54.)  Movant has not filed objections to the findings and recommendations.

Although it appears from the file that Movant's copy of the findings and recommendations was returned, Movant was properly served.  It is the responsibility of the party, including those appearing in propria persona, to keep the Court apprised of their current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of a party is deemed fully effective.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 54) are ADOPTED in full;

2.    The Motion to Vacate (ECF No. 52) is DISMISSED for Movant's failure to keep the Court apprised of his current address (see Local Rules 182(f) and 110);

3.    The Clerk of the Court is directed to close the companion civil case No. 2:26-cv-00158-TLN-SCR; and

4.    The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2